UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| SUSAN S. CHURCH, derivatively on behalf of COCRYSTAL PHARMA, INC., <br><br>        Plaintiff, <br>v. <br>ELLIOT MAZA, et al., <br><br>        Defendants, <br>  and <br>COCRYSTAL PHARMA, INC., <br><br>        Nominal Defendant. | C19-80 TSZ |
| MARTIN TUTSCHEK, derivatively on behalf of COCRYSTAL PHARMA, INC., <br><br>        Plaintiff, <br>v. <br>RAYMOND F. SCHINAZI, <br><br>        Defendants, <br>  and <br>COCRYSTAL PHARMA, INC., <br><br>        Nominal Defendant | C19-1775 TSZ <br><br><br><br><br><br>MINUTE ORDER |

    The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

    (1)    Having reviewed the Joint Status Reports filed in each of these cases, docket no. 13 in C19-80 and docket no. 19 in C19-1775, indicating that the parties in these matters, as well as in a related derivative lawsuit pending in the District of New

MINUTE ORDER - 1

Jersey (the "Nichols Action"), have reached a settlement in principle, and having taken judicial notice of the preliminary approval of the settlement by the court presiding over the Nichols Action, as well as the scheduling of a final approval hearing on December 16, 2020, in the District of New Jersey, the Court DIRECTS the parties to show cause by January 15, 2021, why these actions should not be dismissed with prejudice and without costs.

(2)   The Clerk is directed to send a copy of this Minute Order to all counsel of record.

Dated this 7th day of October, 2020.

William M. McCool
Clerk

s/Karen Dews
Deputy Clerk

MINUTE ORDER - 2