UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| SUSAN S. CHURCH, derivatively on behalf of COCRYSTAL PHARMA, INC., <br><br> Plaintiff, <br><br> v. <br><br> ELLIOT MAZA, et al., <br><br> Defendants, <br> and <br> COCRYSTAL PHARMA, INC., <br><br> Nominal Defendant. | C19-80 TSZ |
| MARTIN TUTSCHEK, derivatively on behalf of COCRYSTAL PHARMA, INC., <br><br> Plaintiff, <br><br> v. <br><br> RAYMOND F. SCHINAZI, <br><br> Defendants, <br> and <br> COCRYSTAL PHARMA, INC., <br><br> Nominal Defendant | C19-1775 TSZ <br><br><br> ORDER |

The parties in these matters, as well as in a related derivative lawsuit pending in the District of New Jersey (the "Nichols Action"), having reached a settlement and having filed no response to the Minute Order entered October 7, 2020, requiring them to

MINUTE ORDER - 1

show cause why these actions should not be dismissed with prejudice and without costs, and all counsel having collectively left a voicemail on the main chambers line confirming that no issue remains for the Court's determination,

NOW, THEREFORE, IT IS ORDERED that these cases are DISMISSED with prejudice and without costs.  In the event that settlement is not perfected, any party may move to reopen and trial will be scheduled, provided such motion is filed within **30** days of the date of this Order.

The Clerk is directed to send a copy of this Order to all counsel of record.

Dated this 11th day of February, 2021.

/s/ Thomas S. Zilly
Thomas S. Zilly
United States District Judge

MINUTE ORDER - 2